UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

LIANFEN QIAN,

    Plaintiff,

    v.                                            Case No. 9:19-cv-81580

BOARD OF TRUSTEES OF FLORIDA
ATLANTIC UNIVERSITY,

    Defendant.

_____/

## COMPLAINT AND JURY TRIAL DEMAND

The Plaintiff, LIANFEN QIAN, sues the Defendant, FLORIDA ATLANTIC UNIVERSITY BOARD OF TRUSTEES, and alleges as follows:

1. This is an action for damages alleging unlawful discrimination on the basis of race, sex and national origin. The Court's jurisdiction is invoked pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.*

2. The Plaintiff is a resident of Boca Raton, Florida, and, at all times material to this action, was employed as a tenured professor by the Defendant.

3. The Defendant Board of Trustees is the governing body of Florida Atlantic University, a public university whose main campus is located in Boca Raton, Florida.

4. On or about July 8, 2019, the Defendant terminated the Plaintiff's employment as a tenured member of its faculty and as a part-time administrator.

## COUNT I—RACE DISCRIMINATION

5. The Plaintiff repeats the allegations set forth in paragraphs 1 through 4, above, as if fully set forth herein.

6. The Plaintiff's race, Asian, was a determining factor in the Defendant's decision to terminate the Plaintiff's employment. The Defendant's conduct violates 42 U.S.C. § 2000e-2(a)(1).

7. As a result of the Defendant's unlawful conduct, as described in paragraph 6, above, the Plaintiff has suffered, and continues to suffer, a loss of income and a loss of the value of benefits she would have received had she continued in the Defendant's employ. In addition, the Plaintiff has suffered, and continues to suffer, mental anguish, emotional distress, embarrassment and damage to her personal and professional reputation.

8. The Plaintiff has complied with all the procedural prerequisites to bringing this action. Specifically, the Plaintiff timely filed a Charge of Discrimination with the United States Equal Employment Opportunities Commission (EEOC) and initiated this action within 90 days of her receipt of a notice of right to sue from the EEOC.

WHEREFORE, the Plaintiff prays:

a. That the Court take jurisdiction over this action;

b. That the Court order the Defendant to reinstate the Plaintiff to her former positions;

    c. That the Court award the Plaintiff her lost pay and the value of her lost benefits;

    d. That the Court award the Plaintiff compensatory damages; and

    e. That the Court award the Plaintiff the cost of this action, including a reasonable attorney's fee.

## COUNT II—SEX DISCRIMINATION

9. The Plaintiff repeats the allegations set forth in paragraphs 1 through 4, above, as if fully set forth herein.

10. The Plaintiff's sex, female, was a determining factor in the Defendant's decision to terminate the Plaintiff's employment. The Defendant's conduct violates 42 U.S.C. § 2000e-2(a)(1).

11. As a result of the Defendant's unlawful conduct, as described in paragraph 6, above, the Plaintiff has suffered, and continues to suffer, a loss of income and a loss of the value of benefits she would have received had she continued in the Defendant's employ. In addition, the Plaintiff has suffered, and continues to suffer, mental anguish, emotional distress, embarrassment and damage to her personal and professional reputation.

12. The Plaintiff has complied with all the procedural prerequisites to bringing this action. Specifically, the Plaintiff timely filed a Charge of Discrimination with the United States Equal Employment Opportunities Commission (EEOC) and initiated this action within 90 days of her receipt of a notice of right to sue from the EEOC.

WHEREFORE, the Plaintiff prays:

    a. That the Court take jurisdiction over this action;

    b. That the Court order the Defendant to reinstate the Plaintiff to her former positions;

    c. That the Court award the Plaintiff her lost pay and the value of her lost benefits;

    d. That the Court award the Plaintiff compensatory damages; and

    e. That the Court award the Plaintiff the cost of this action, including a reasonable attorney's fee.

## COUNT III—NATIONAL ORIGIN DISCRIMINATION

13. Plaintiff repeats the allegations set forth in paragraphs 1 through 4, above, as if fully set forth herein.

14. The Plaintiff's national origin, Chinese, was a determining factor in the Defendant's decision to terminate the Plaintiff's employment. The Defendant's conduct violates 42 U.S.C. § 2000e-2(a)(1).

15. As a result of the Defendant's unlawful conduct, as described in paragraph 6, above, the Plaintiff has suffered, and continues to suffer, a loss of income and a loss of the value of benefits she would have received had she continued in the Defendant's employ. In addition, the Plaintiff has suffered, and continues to suffer, mental anguish, emotional distress, embarrassment and damage to her personal and professional reputation.

16. The Plaintiff has complied with all the procedural prerequisites to bringing this action. Specifically, the Plaintiff timely filed a Charge of Discrimination with the United States Equal Employment Opportunities Commission (EEOC) and

initiated this action within 90 days of her receipt of a notice of right to sue from the EEOC.

WHEREFORE, the Plaintiff prays:

f.  That the Court take jurisdiction over this action;

g.  That the Court order the Defendant to reinstate the Plaintiff to her former positions;

h.  That the Court award the Plaintiff her lost pay and the value of her lost benefits;

i.  That the Court award the Plaintiff compensatory damages; and

j.  That the Court award the Plaintiff the cost of this action, including a reasonable attorney's fee.

## JURY TRIAL DEMAND

The Plaintiff demands a trial by jury on all issues so triable.

   /s/  Robert F. McKee
ROBERT F. McKEE
Florida Bar Number 295132
yborlaw@gmail.com
KATHERINE HEFFNER
Florida Bar Number 112955
katheffner@gmail.com
ROBERT F. McKEE, P.A.
1718 E. 7th Ave., Suite 301
Tampa, FL 33605
(813) 248-6400
(813) 248-4020 (Fax)
Secondary Email: bdjarnagin@gmail.com