JS 44 (Rev. 06/17) FLSD Revised 06/01/2017

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS** LIANFEN QIAN

**DEFENDANTS** BOARD OF TRUSTEES OF FLORIDA ATLANTIC UNIVERSITY

**(b)** County of Residence of First Listed Plaintiff Palm Beach
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert F. McKee, Robert F. McKee, P.A., 1718 E. 7th Ave., Suite 301, Tampa, FL 33605 (813) 248-6400

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☑ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*: ☑ 3 Federal Question *(U.S. Government Not a Party)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff) (For Diversity Cases Only) and One Box for Defendant)*

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

LABOR: ☑ 790 Other Labor Litigation

CIVIL RIGHTS: ☑ 550 Civil Rights

**V. ORIGIN** ☑ 1 Original Proceeding

**VI. RELATED/RE-FILED CASE(S)**: (See instructions): a) Re-filed Case ☐ YES ☐ NO   b) Related Cases ☐ YES ☐ NO
JUDGE: ___   DOCKET NUMBER: ___

**VII. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
Action for damages alleging unlawful discrimination on the basis of race, sex, national origin

LENGTH OF TRIAL via 4 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ ___
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
DATE November 21, 2019
SIGNATURE OF ATTORNEY OF RECORD *Robert F. McKee*

FOR OFFICE USE ONLY
RECEIPT # ___   AMOUNT ___   IFP ___   JUDGE ___   MAG JUDGE ___